■ In the Matter of MARIA A. CONVERSE, Appellant, v PATRICIA A. McCOWN, Respondent. [896 NYS2d 276]—Appeal from an order of the Family Court, Cattaraugus County (Lynn L. Hartley, J.H.O.), entered April 1, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni, Green and Pine, JJ.